JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DARWIN BOGGS,

      Plaintiff,

    vs.

RLT SEAFOOD SUPERMARKET, INC.; SOUTHERN ESTATE INVESTMENT LLC; and DOES 1 to 10,

      Defendants.

**Case No.: 8:25-cv-00305-ADS**
Assigned to Hon. Autumn D. Spaeth

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**

-2-

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

IT IS SO ORDERED.

DATED:   11/12/2025            /s/ Autumn D. Spaeth
                              Autumn D. Spaeth
                              United States Magistrate Judge